42333. BUFFINGTON et al. v. SASSER et al.
(335 SE2d 872)

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari. Therefore, this appeal filed pursuant to the grant of certiorari and interlocutory application is dismissed.

*All the Justices concur, except Marshall, P. J., who dissents.*

DECIDED SEPTEMBER 5, 1985 —
REHEARING DENIED SEPTEMBER 25, 1985.

Glenville Haldi, for appellants.

Thomas J. Wingfield III, Stokes, Shapiro, Fussell & Genberg,

*Herman L. Fussell,* for appellees.